

# Fourth Court of Appeals
## San Antonio, Texas

September 9, 2021

No. 04-21-00285-CV

Alma Maldonado **GONZALEZ,**
Appellant

v.

**VANTAGE BANK TEXAS,**
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-23070
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On August 5, 2021, because the clerk's record did not contain a final judgment signed by the trial court or other appealable order, we ordered Appellant to show cause why this appeal should not be dismissed for want of jurisdiction.  *See* TEX. R. APP. P. 42.3(a).

Subsequently, a supplemental clerk's record was filed containing a final judgment.

Our August 5, 2021 show cause order is satisfied.  We reinstate the appellate timetable. Appellant's brief is due THIRTY DAYS from the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court